# ELECTRONIC RECORD

COA # 02-13-00565-CR    OFFENSE: 30.02F1

STYLE: Tommy James Parvin v. The State of Texas    COUNTY: Jack

COA DISPOSITION: AFFIRMED    TRIAL COURT: 271st District Court

DATE: 12/04/14    Publish: NO    TC CASE #: 4528

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Tommy James Parvin v. The State of Texas    CCA #: _____

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

DISMISSED AS UNTIMELY    JUDGE: _____

DATE: _____1/2/2015_____    SIGNED: _____    PC: _____

JUDGE: _____Per Curiam_____    PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**